UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDELL P. SANDERS, <br>     Plaintiff, <br>     v. <br> LANCASTER PRISON, <br>     Defendant. | Case No. 25-cv-01201 NC (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a state prisoner at the California State Prison – Los Angeles (CSP-LAC) in Lancaster, California, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against CSP-LAC. Dkt. No. 1. The complaint seeks damages for alleged injuries sustained from the prison's use of an "AI open" device which is affecting Plaintiff's mental health. *Id.* at 3. Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division of the Central District of California, *see* 28 U.S.C. § 84(c)(2), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED: February 14, 2025

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2025\01201Sanders_transfer(CD)